UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-11038-ODW (MAAx) | Date | September 30, 2025 |
|---|---|---|---|
| Title | *Scott Douglas Ora v. Cable News Network, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**           **In Chambers**

    On December 23, 2024, Scott Douglas Ora, acting on behalf of the Leo Robin trust and proceeding pro se, commenced this action against Cable News Network and Raw TV. (Compl., ECF No. 1.) However, a trustee may not represent a trust pro se in federal court. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697–98 (9th Cir. 1987). Thus, the Court **ORDERS** Ora to **SHOW CAUSE**, no later than **OCTOBER 14, 2025**, why the Court should not dismiss this action for failure to obtain representation. The Court will discharge the Order upon filing of a notice of appearance on behalf of Ora. Failure to timely respond to this Order will result in dismissal without prejudice and without further warning.

    The Court also **VACATES** the October 15, 2025 date that it intended to issue the scheduling order for this case. The Court shall set a new date if Ora retains counsel.

    **IT IS SO ORDERED**.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |